```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 14-16607-amc
Peter A. Malik, III                                                 Chapter 13
       Debtor                    CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith              Page 1 of 3              Date Rcvd: Dec 30, 2019
                              Form ID: 138NEW          Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
db             +Peter A. Malik, III,    692 S. Bryn Mawr Avenue,    Bryn Mawr, PA 19010-2059
cr             +DITECH FINANCIAL LLC F/K/A GREENTREE SERVICING LLC,    RAS CRANE, LLC,
                 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,    DULUTH, GA 30097-8461
13369935      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:    American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
13369932       +Amato and Lessa, P.C.,    107 North Commerce Way,    Suite 100,   Bethlehem, PA 18017-8913
13369933        American Coradius Inernational LLC,    2420 Sweet Home Road,   Suite 150,
                 Amherst, NY 14228-2244
13369936       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
                 Simi Valley, CA 93062-5170
13369938       +Bank of America,    450 American St,   Simi Valley, CA 93065-6285
13369941       +Beneficial Mutual Savings,    106 South 16th Street,   Philadelphia, PA 19102-2802
13369940       +Beneficial Mutual Savings,    Beneficial Mutual Savings,   530 Walnut St., Attn: Bankruptcy,
                 Philadelphia, PA 19106-3624
13369942       +Best Line Equipment,    140 Hawbaker Industrial Drive,   State College, PA 16803-2303
13369947        Capital Management Services, LP,    689 1/2 Ogden Street,   Buffalo, NY 14206
13369949       +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
13369952       +Chase Mht Bk,    Po Box 15298,   Wilmington, DE 19850-5298
13369951       +Chase Mht Bk,    Attn:Bankruptcy Dept,   Po Box 15298,   Wilmington, DE 19850-5298
13369953       +Chrin Hauling Inc.,    1521 Van Buren Road,   Easton, PA 18045-7806
13369955       +Chrysler Financial/TD Auto Finance,    Po Box 9223,   Farmington Hills, MI 48333-9223
13369954       +Chrysler Financial/TD Auto Finance,    Attn: Bankruptcy Dept,   Po Box 551080,
                 Jacksonville, FL 32255-1080
13369959       +Citizens Bank,    480 Jefferson Blvd,   Warwick, RI 02886-1359
13369957       +Citizens Bank,    Attn: Bankruptcy Dept,   443 Jefferson Blvd Ms Rjw-135,
                 Warwick, RI 02886-1321
13369956       +Citizens Bank,    1 Citizens Drive,   Riverside, RI 02915-3000
13369958       +Citizens Bank,    PO BOX 42010,   Providence, RI 02940-2010
13652837       +Ditech Financial LLC et al,    c/o MATTHEW GREGORY BRUSHWOOD,   Phelan Hallinan & Schmieg,
                 1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
13404148       +Dunne Law Offices, P.C.,    1515 Market Street, Suite 1200,   Philadelphia, PA 19102-1932
13369962       +First Usa Bank N A,    1001 Jefferson Plaza,   Wilmington, DE 19801-1493
13369963       +Giles and Ransome, Inc.,    PO BOX 828735,   Philadelphia, PA 19182-8735
13378633       +HARLEY-DAVIDSON CREDIT CORP.,    PO BOX 9013,   ADDISON, TEXAS 75001-9013
13369969       +Home Depot,    PO BOX 790345,   Saint Louis, MO 63179-0345
13369970      +++Home Improvement Guide,    24 Merchants Way, Suite 201,   Colts Neck, NJ 07722-1555
13369971       +Honorable Anthony J. Verna,    728 East Walnut Street,   Lebanon, PA 17042-5655
13369973        Lebannon Farms Disposal,    PO BOX 386,   Schaefferstown, PA 17088
13393024       +M & T BANK,    PO BOX 1508,   BUFFALO, NY 14240-1508
13369981        M&t Credit Services Ll,    1100 Worley Drive,   Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
13369987       +Missouri Student Loans,    Pob 2461,   Harrisburg, PA 17105-2461
13369985       +Missouri Student Loans,    Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
13369989       +Montgomery County,    Clerk of Courts Office,   PO BOX 311,   Norristown, PA 19404-0311
13369992       +Philip F. Kays Electric,    PO BOX 675,   Phillipsburg, NJ 08865-0675
13369993       +Pnc Mortgage,    3232 Newark Dr,   Miamisburg, OH 45342-5433
13369999       +RBS Citizens Cc,    1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
13369998       +RBS Citizens Cc,    Attn: Bankruptcy Department,   443 Jefferson Blvd Ms: Rjw-135,
                 Warwick, RI 02886-1321
13476362       +RBS Citizens, N.A.,    443 Jefferson Boulevard RJW-135,   Warwick, RI 02886-1321
13369995       +Rahns Concrete,    430 Rahns Road,   Collegeville, PA 19426-1895
13369997        Raymore & Flanigan,    Cscl Dispute Tm-mac N8235-04m,   Des Moines, IA 50306
13369996       +Raymore & Flanigan,    Attn: Legal Dept,   7248 Morgan Rd,   Liverpool, NY 13090-4535
13370003       +TD Visa,    PO BOX 84037,   Columbus, GA 31908-4037
13370004       #+Tiger Trash,    PO BOX 2444,   York, PA 17405-2444
13370006       +USA Waste,    15 Brant Avenue,   Suite 6,   Clark, NJ 07066-1509
13370007        Usaa Savings Bank,    Po Box 47504,   San Antonio, TX 78265
13389111       +VNB Loan Services Inc.,    a subsidiary of Valley National Bank,
                 747 Chestnut Ridge Road-Suite 201,    Chestnut Ridge, NY 10977-6225
13370011       +VNB Loan Services, Inc.,    747 Chestnut Ridge Road,   Suite 201,   Spring Valley, NY 10977-6225
13370008       +Valley National Bank,    1460 Valley Road,   Wayne, NJ 07470-8494
13370009        Valley National Bank,    1460 Valley Road,   Pequannock, NJ 07440
13370010       +Vimco Inc.,    300 Hansen Access Road,   King of Prussia, PA 19406-2440
13370013      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court:    Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
13370012       +Weber Gallagher Simpson Stapleton,    2000 Market Street, 13th Floor,
                 Philadelphia, PA 19103-3204
```

```
District/off: 0313-2          User: Keith               Page 2 of 3              Date Rcvd: Dec 30, 2019
                              Form ID: 138NEW           Total Noticed: 88


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg                  E-mail/Text: megan.harper@phila.gov Dec 31 2019 02:34:42      City of Philadelphia,
                     City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                     Philadelphia, PA 19102-1595
smg                  E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 31 2019 02:34:21
                     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                     Harrisburg, PA 17128-0946
smg                 +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 31 2019 02:34:37      U.S. Attorney Office,
                     c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13369934             E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 31 2019 02:34:31      American Honda Finance,
                     Po Box 168088,    Irving, TX 75016
13369943            +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 31 2019 02:36:11      Cap1/bontn,
                     Po Box 30253,    Salt Lake City, UT 84130-0253
13369944            +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 31 2019 02:36:12      Cap1/bstby,
                     Po Box 5253,    Carol Stream, IL 60197-5253
13369945            +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 31 2019 02:36:12      Capital 1 Bank,
                     Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
13369946            +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 31 2019 02:35:59      Capital 1 Bank,
                     Pob 30281,   Salt Lake City, UT 84130-0281
13369948            +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 31 2019 02:36:12      Capital One Bank,
                     PO Box 71083,    Charlotte, NC 28272-1083
13369960             E-mail/Text: mrdiscen@discover.com Dec 31 2019 02:34:08      Discover,   PO BOX 3008,
                     New Albany, OH 43054
13379097             E-mail/Text: mrdiscen@discover.com Dec 31 2019 02:34:08      Discover Bank,
                     DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
13369961            +E-mail/Text: mrdiscen@discover.com Dec 31 2019 02:34:08      Discover Fin Svcs Llc,
                     Po Box 15316,    Wilmington, DE 19850-5316
13455045             E-mail/Text: bankruptcy.bnc@ditech.com Dec 31 2019 02:34:12      Green Tree Servicing LLC,
                     PO BOX 6154,    Rapid City, SD 57709-6154
13369964            +E-mail/Text: bankruptcy.bnc@ditech.com Dec 31 2019 02:34:12      Green Tree Servicing,
                     Po Box 6172,    Rapid City, SD 57709-6172
13369967            +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 31 2019 02:34:53      Harley Davidson Financial,
                     Po Box 21829,    Carson City, NV 89721-1829
13369965            +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 31 2019 02:34:53      Harley Davidson Financial,
                     Attention: Bankruptcy,    Po Box 22048,   Carson City, NV 89721-2048
13369972            +E-mail/Text: bncnotices@becket-lee.com Dec 31 2019 02:34:09      Kohls/capone,   Po Box 3115,
                     Milwaukee, WI 53201-3115
13369975             E-mail/Text: camanagement@mtb.com Dec 31 2019 02:34:13      M & T Bank,   Attn: Bankruptcy,
                     1100 Wehrle Dr 2nd Floor,    Williamsville, NY 14221
13369976             E-mail/Text: camanagement@mtb.com Dec 31 2019 02:34:13      M & T Bank,   One Fountain Pl/3rd Fl,
                     Buffalo, NY 14203
13369977             E-mail/Text: camanagement@mtb.com Dec 31 2019 02:34:13      M & T Bank,   PO BOX 2187,
                     Buffalo, NY 14240
13369978             E-mail/Text: camanagement@mtb.com Dec 31 2019 02:34:13      M & T Bank,   PO BOX 62082,
                     Baltimore, MD 21264
13369980             E-mail/Text: camanagement@mtb.com Dec 31 2019 02:34:13      M&T Bank,
                     Consumer Lending Department,    PO BOX 767,   Buffalo, NY 14240
13369979             E-mail/Text: camanagement@mtb.com Dec 31 2019 02:34:13      M&T Bank,
                     Lending Services Customer Support,    PO BOX 900,   Millsboro, DE 19966
13369982            +E-mail/Text: camanagement@mtb.com Dec 31 2019 02:34:13      M&t Credit Services Ll,
                     1 Fountain Plz Fl 4,    Buffalo, NY 14203-1420
13369990            +E-mail/Text: bankruptcynotices@cbecompanies.com Dec 31 2019 02:34:34
                     Nelson, Watson & Associates,    80 Merrimack Street, Lower Level,    Haverhill, MA 01830-5211
13369991             E-mail/Text: bankruptcynotices@cbecompanies.com Dec 31 2019 02:34:34
                     Nelson, Watson & Associates LLC,    PO BOX 1299,   Haverhill, MA 01831-1799
13454515             E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 31 2019 02:36:13
                     Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13369994            +E-mail/Text: bankruptcy@proconsrv.com Dec 31 2019 02:34:17      Pro Consulting Services, Inc.,
                     PO BOX 66768,    Houston, TX 77266-6768
13370000            +E-mail/PDF: pa_dc_claims@navient.com Dec 31 2019 02:36:00      Sallie Mae,   Po Box 9655,
                     Wilkes Barre, PA 18773-9655
13370002             E-mail/Text: bankruptcy@td.com Dec 31 2019 02:34:29      Td Banknorth,   32 Chestnut Street,
                     Lewiston, ME 04240
13370001             E-mail/Text: bankruptcy@td.com Dec 31 2019 02:34:29      Td Banknorth,
                     Td Bank Na-Attn: Bankruptcy Department,    Po Box 1377,   Lewiston, ME 04243
13370005            +E-mail/PDF: sluna@ur.com Dec 31 2019 07:39:05      United Rentals,   6125 Lakeview Road,
                     Suite 300,   Charlotte, NC 28269-2616
13370014             E-mail/Text: BKRMailOps@weltman.com Dec 31 2019 02:34:30      Weltman, Weinberg & Reis,
                     325 Chestnut Street,    Suite 501,   Philadelphia, PA 19106-2605
13370015            +E-mail/Text: BKRMailOps@weltman.com Dec 31 2019 02:34:30      Weltman, Weinberg & Reis CO., LPA,
                     PO BOX 93596,    Cleveland, OH 44101-5596
                                                                                               TOTAL: 34
```

```
District/off: 0313-2          User: Keith              Page 3 of 3          Date Rcvd: Dec 30, 2019
                              Form ID: 138NEW          Total Noticed: 88


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Home Improvement Guide,    24 Merchants Way, Suite 201,    Colts Neck, NJ 07722-1555
13369937*      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
13369939*      +Bank of America,    450 American St,    Simi Valley, CA 93065-6285
13369950*      +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
13369968*      +Harley Davidson Financial,    Po Box 21829,    Carson City, NV 89721-1829
13369966*      +Harley Davidson Financial,    Attention: Bankruptcy,    Po Box 22048,
                 Carson City, NV 89721-2048
13369974*       Lebannon Farms Disposal,    PO BOX 386,    Schaefferstown, PA 17088
13369983*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court:    Manufacturers and Traders Trust Co,    475 Crosspoint Parkway,
                 Getzville, NY 14068)
13369984*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court:    Manufacturers and Traders Trust Co,    475 Crosspoint Parkway,
                 Getzville, NY 14068)
13400000*       M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13369988*      +Missouri Student Loans,    Pob 2461,    Harrisburg, PA 17105-2461
13369986*      +Missouri Student Loans,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13370016*      +Weltman, Weinberg & Reis CO., LPA,    PO BOX 93596,    Cleveland, OH 44101-5596
13369930     ##+Account Receivable Management, Inc.,    PO BOX 561,    Thorofare, NJ 08086-0561
13369931     ##+Account Receivable Management, Inc.,    PO BOX 129,    Thorofare, NJ 08086-0129
                                                                                        TOTALS: 0, * 13, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC, et. al. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC, et. al. bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Ditech Financial LLC, et. al. kbuttery@rascrane.com
              MARTIN A. MOONEY    on behalf of Creditor    Harley-Davidson Credit Corporation as successor to
               Eaglemark Savings Bank kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Creditor    Harley-Davidson Credit Corp.
               kcollins@schillerknapp.com, acarmany@schillerknapp.com;bfisher@schillerknapp.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Ditech Financial LLC, et. al. paeb@fedphe.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Peter A. Malik, III bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                            TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Peter A. Malik, III
      Debtor(s)

Bankruptcy No: 14–16607–amc
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

      For The Court
      Timothy B. McGrath
      Clerk of Court

Dated: 12/30/19

      82 – 81
      Form 138_new