```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 14-16607-amc
Peter A. Malik, III                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1              Date Rcvd: Jan 07, 2020
                              Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13455045        E-mail/Text: bankruptcy.bnc@ditech.com Jan 08 2020 03:07:07     Green Tree Servicing LLC,
         PO BOX 6154,   Rapid City, SD 57709-6154
                                                                                                                                                                                                                            TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:
        ANDREW  SPIVACK    on behalf of Creditor    Ditech Financial LLC, et. al. paeb@fedphe.com
        HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
        KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC, et. al. bkgroup@kmllawgroup.com
        KEVIN M. BUTTERY    on behalf of Creditor    Ditech Financial LLC, et. al. kbuttery@rascrane.com
        MARTIN A. MOONEY    on behalf of Creditor    Harley-Davidson Credit Corporation as successor to
        Eaglemark Savings Bank kcollins@schillerknapp.com,
        acarmany@schillerknapp.com;bfisher@schillerknapp.com
        MARTIN A. MOONEY    on behalf of Creditor    Harley-Davidson Credit Corp.
        kcollins@schillerknapp.com,    acarmany@schillerknapp.com;bfisher@schillerknapp.com
        MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Ditech Financial LLC, et. al. paeb@fedphe.com
        STEPHEN MATTHEW DUNNE    on behalf of Debtor Peter A. Malik, III bestcasestephen@gmail.com,
        dunnesr74587@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                                                                                                                                                                              TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-16607-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Peter A. Malik, III
692 S. Bryn Mawr Avenue
Bryn Mawr PA 19010

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/06/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Green Tree Servicing LLC, PO BOX 6154, Rapid City, SD 57709-6154 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/09/20

Tim McGrath
**CLERK OF THE COURT**