United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Peter A. Malik, III  
    Debtor

Case No. 14-16607-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith     Page 1 of 1     Date Rcvd: Feb 03, 2020  
                    Form ID: 195     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2020.
```
db             +Peter A. Malik, III,    692 S. Bryn Mawr Avenue,     Bryn Mawr, PA 19010-2059
cr             +DITECH FINANCIAL LLC F/K/A GREENTREE SERVICING LLC,    RAS CRANE, LLC,
                10700 ABBOTT'S BRIDGE ROAD, SUITE 170,    DULUTH, GA 30097-8461
cr             +Home Improvement Guide,    24 Merchants Way, Suite 201,    Colts Neck, NJ 07722-1555
cr             +New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC, et. al. paeb@fedphe.com
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC, et. al. bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Ditech Financial LLC, et. al. kbuttery@rascrane.com
              MARTIN A. MOONEY    on behalf of Creditor    Harley-Davidson Credit Corporation as successor to
               Eaglemark Savings Bank kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Creditor    Harley-Davidson Credit Corp.
               kcollins@schillerknapp.com,    acarmany@schillerknapp.com;bfisher@schillerknapp.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Ditech Financial LLC, et. al. paeb@fedphe.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Peter A. Malik, III bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:     : Chapter 13

Peter A. Malik, III     : Case No. 14−16607−amc
    Debtor(s)

### ORDER
_____

AND NOW, this day , February 3, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

88
Form 195